# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | Case Number |
|---|---|
| VICTORIA C. | 23-cv-01030-JLB |
| Plaintiff(s) | |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | **ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS* |
| Defendant(s) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: Jul 6, 2023

*Jill Burkhardt*

The Honorable Jill L. Burkhardt
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency       ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous       ☐ Immunity as to
☐ Other:

Comments:

Dated: _____

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above).  IT IS FURTHER ORDERED that:
     ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
     ☐ This case is hereby DISMISSED immediately.
     ☐ This case is hereby REMANDED to state court.

Dated: _____

_____
United States District Judge

Reset Form