UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA C.,<br><br>                                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                                    Defendant. | Case No.: 23-cv-01030-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR, 42 U.S.C. § 405(g)**<br><br>**[ECF No. 11]** |

Before the Court is the parties' Joint Motion for Voluntary Remand Pursuant to Sentence Four, 42 U.S.C. § 405(g). (ECF No. 11.) Good cause appearing, the Joint Motion is **GRANTED**. Accordingly, the above-captioned matter is remanded to the Social Security Administration ("SSA") for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the SSA will vacate the decision of the Administrative Law Judge ("ALJ") and remand the case to the ALJ to further develop the record as needed, re-evaluate the evidence, and issue a new decision.

///

///

The Clerk of Court shall enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED.**

Dated: July 17, 2023

_Jill Burkhardt_
Hon. Jill L. Burkhardt
United States Magistrate Judge